E-FILED
Thursday, 22 September, 2022  01:52:44 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| PAUL PLOTNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| BOARD OF TRUSTEES OF THE | ) | |
| UNIVERSITY OF ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | **JURY DEMAND** |

### Complaint

The Plaintiff, Paul Plotner ("Plotner"), in support of his complaint against the Defendant, Board of Trustees of the University of Illinois (the "University"), states as follows:

### Nature of Complaint

1.     Plotner's claim is that he was subjected to a hostile working environment in violation of his rights under the Americans with Disabilities Act, 42 U.S.C. § 12112(a).

2.     Plotner's complaint alleges violations of federal law and this Court has jurisdiction to hear those claims pursuant to 28 U.S.C. 1331.

3.     Plotner previously filed a complaint with the United States Equal Employment Opportunity Commission alleging that he had been discriminated against in violation of his rights under the ADA. On June 28, 2022, he received a right to sue notice.

## Factual Background

5.    Plotner is an adult who was formerly employed by the University as a Grounds Worker at its Urbana-Champaign campus.

6.    The University is a state university located in Urbana-Champaign, Illinois.

7.    At all times relevant to this proceeding Chad Garrett was Plotner's immediate supervisor.

8.    Chad Garrett perceived Plotner to suffer from a disability. Specifically he believed that Plotner suffered from schizophrenia. Owing to this perception, Plotner is a qualified individual under the Americans with Disabilities Act.

9.    At all times Plotner performed his job duties in a manner consistent with the legitimate expectations of the University and was fully capable of performing his job duties in such a manner.

10.    Garrett created a hostile and dangerous working environment for Plotner over a period of time because he perceived Plotner to be disabled.  His actions included:  (1) verbally harassing Plotner; (2) harassing Plotner for suffering from a psychiatric condition; (3) sabotaging power equipment used by Plotner in the course of his job duties in a manner that could cause him harm; (4) stalking and following Plotner on his unpaid time; (5) attempting to intimidate Plotner; (6) engaging in threatening and menacing behaviors towards Plotner and Plotner's family members; (7) placing Plotner in situations where he believed that Plotner

would be subjected to discipline; and (8) other harassing activities. Ultimately Plotner was constructively discharged as a result of these actions.

11.    As a result of the foregoing Plotner was subjected to a hostile working environment because he was perceived to suffer from a disability.

12.    Plotner has sustained damages as a result of the harassment that was directed at him. This includes the loss of wages and damages stemming from his constructive discharge.

Wherefore, Paul Plotner requests that this Court enter judgment in his favor and against the University and make the following findings:

1.    An order finding that he was unlawfully discriminated against in violation of the Americans with Disabilities Act.

2.    An award of damages for the injuries that he has sustained.

3.    An award of fees and costs.

4.    Any other relief that is appropriate.

**PLOTNER REQUESTS A JURY TRIAL FOR EACH CLAIM**

Paul Plotner

By: /s/ John A. Baker
        His Attorney

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone:        (217) 522-3445
Facsimile:        (217) 522-8234
Email:              jab@bbklegal.com