IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| PAUL PLOTNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No.  22-2202 |
| | ) |
| BOARD OF TRUSTEES OF THE UNIVERSITY | ) |
| OF ILLINOIS, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE

COMES NOW the Plaintiff, Paul Plotner, by and through his attorney, John A. Baker, and states the following:

1. That on October 3, 2022, the Defendant, Board of Trustees of the University of Illinois, was served pursuant to Rule 4 of the Federal Rules of Civil Procedure, a copy of the Complaint, Civil Cover Sheet, a Notice of Lawsuit, two Waiver of Service forms, and a return envelope from the office of the undersigned via certified mail, return receipt requested.  See the attached Notice of Lawsuit and Request for Waiver of Service forms.

                                          PAUL PLOTNER, Plaintiff

Date:   October 4, 2022         By:_____s/ John A. Baker_____
                                                 One of his Attorneys

John A. Baker
Bar #:   6244334
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield,   Illinois   62701
Telephone:   (217) 522-3445
Facsimile:   (217) 522-8234
E-mail:   jab@bbklegal.com
(Notices/ plotner paul cos 100322)