Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Paul Plotner, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case Number: 22-cv-2202 |
| ) | |
| Board of Trustees of the ) | |
| University of Illinois, ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**    This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (doc. 25) is GRANTED. As all matters have been disposed of, this case is TERMINATED.

**Dated:**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court